AFFIDAVIT

I, Mary Keith, having been duly sworn and under oath, do depose and voluntarily state:

1. I am a citizen of the United States and I am over 18 years of age.

2. I reside in Cleveland, Ohio and I have been involved in volunteer work related to school issues in my community for many years.

3. I became a member of ACORN two years ago when an ACORN community organizer came to my door and told me about the organization's grass roots efforts to address issues of concern in low to moderate income neighborhoods.

4. I was working with a local group of people at the time to get school buses transportation back for the children in my neighborhood. ACORN helped us organize an effective campaign and our children now have school buses again.

5. In addition to being a street club president for ACORN and one of its chairpersons, I have volunteered as a school aide for six years, spending Monday through Friday at the school from about 9:00 a.m. to 4:30 p.m.

6. I also volunteered for ACORN's voter registration drive. In keeping with my interest in schools, I sent letters to high schools asking to be permitted to set up registration days at the school to assist young adults 17 years and older to register to vote for the first time.

7. Beginning in March of 2006, high schools began setting up dates for me to assist students to register. I helped students register at East High School and Martin Luther King High School in Cleveland.

8. Before my next scheduled high school registration day, I learned of a new Ohio law that might require me to return the registration applications I collected directly to a board of elections myself within a 10-day deadline or risk a felony charge and possibly a conviction.

9. Although the exact requirements of new law were not clear to me, I stopped setting up registration days at the high schools. I cannot risk felony criminal prosecution for helping the young adults in my community to register. This is particularly so because I have custody of my grandchildren.

10. It would be difficult, time-consuming and financially burdensome to return the registration applications personally to the Cuyahoga County Board of Elections during its business hours Monday through Friday.

11. In order to get to the board I would have to take time off from my work schedule as a school aide. I would need to take two buses to the board and two buses back, and the fare would be

three dollars. If I didn't get this done within 10 days after I collected the registrations, I could face criminal charges.

12. I want very much to return to my work as a volunteer registration card circulator, but I can not risk the severe consequences of not following the new restrictions, however they may be interpreted by authorities.

13. The above statements are true and accurate to the best of my knowledge and belief.


SS: State of Ohio
    Franklin County

_____
                                  Mary Kieth

Sworn to me and subscribed before me this ___5th___ day of ___July___ 2006.

_____
             Teresa James, Attorney at Law
My Commission has no expiration date.
                   O.R.C. § 147.03