AFFIDAVIT

I, Linda Scammicca, having been duly sworn and under oath, do depose and voluntarily state:

1. I am a citizen of the United States, over 18 years of age, and a resident of Columbus, Ohio.

2. After working as a Licensed Practical Nurse for thirty-one years, I am currently disabled.

3. I am a member of the non-profit organization ACORN, a member-based national organization engaged in grass-roots efforts to improve conditions in low-income and moderate-income communities such as mine.

4. As part of my volunteer work, I have been helping to register voters for ACORN for over a year, during which time I assisted more than 200 citizens with their registration applications.

5. I have helped individuals to register outside of parole offices as they entered or left the building. Many had not been told by parole authorities that they could register or re-register to vote under Ohio law. I submitted the applications through ACORN, which reviewed them for completeness. It is my belief that these individuals would not have known of their right to register but for my volunteer registration efforts.

6. I have helped others register to vote outside of the Columbus, Ohio Job and Family Services offices, which administer public assistance programs. These individuals also had not been offered the opportunity to register during their interviews with the agency. I performed this volunteer service as an ACORN member and I submitted the applications through ACORN.

7. As part of my volunteer efforts to increase voting in my community I also went door to door to assist citizens to register. While doing this work, I was able to assist house-bound elderly and infirm individuals who otherwise would not have been aware that they could register from home.

8. On or about May 9, 2006, I went to my local ACORN office in Columbus for more voter registration applications. I learned that it was possible that a new law may require me to return the registration application cards within 10 days directly to a board of elections, not to the ACORN office in my neighborhood for submission to the Franklin County Board of Elections in Columbus.

9. I was also informed that I could face possible criminal charges, including felony charges, if I continued to register voters in the manner that I had been doing for my community organization, ACORN.

10. I want to continue to assist voters to register in my community, but I do not want to do anything that is illegal.

11. I have stopped my volunteer registration efforts because I do not want to risk having a felony indictment and possible conviction for assisting people to register, as I have done in the past, in a way that may be viewed as a violation of the new law.

12. The information above is true and accurate to the best of my knowledge and belief.

SS: State of Ohio
    Franklin County

_Linda Scammicca_
Linda Scammicca

Sworn to me and subscribed before me this 5TH day of July 2006.

ALEXANDRA E. VAZQUEZ
Notary Public, State of Ohio
My Commission Expires 08-10-10