# AFFIDAVIT

Now comes John R. T. May, having been duly sworn and under oath, and states the following:

1. I am employed by the Association of Community Organizations for Reform Now (ACORN).

2. I became employed by ACORN in March, 2006 to be in charge of a voting registration drive in low- and moderate-income neighborhoods in Akron, Ohio.

3. As part of my job I oversaw voter registration circulators who are compensated for assisting citizens, including ACORN members, to register in low- to moderate-income neighborhoods and in minority neighborhoods.

4. In carrying out my duties, I demonstrated to the circulators how to assist citizens in filling out registration applications.

5. In demonstrating the task, and in the course of my work I also assisted citizens to register to vote.

6. Under my supervision, ACORN quality control specialists reviewed the completed registration applications in a process that was developed to ensure that registration applications are complete and accurate and to monitor circulators' compliance with state and federal election law.

7. Since May 2, 2006, the effective date of Ohio HB 3, after being informed of its provisions, including a provision that may or may not be read as requiring each circulator to return the application directly the board of elections or the Secretary of State within 10 days, I have not assisted citizens to register to vote.

8. I have not done so because I fear being charged with a criminal act, a possible felony, if my job duties as leader of the Akron voter registration drive are viewed to be in violation of HB 3.

9. I am also concerned that the voter registration circulators I employ at ACORN could be at risk of criminal prosecution under HB 3 if they allow ACORN's quality control specialists to review the applications they collect before submitting them to the State or if they allow me or another ACORN employee or member to submit those applications to the boards of elections or the Secretary of State.

10. I am also concerned that my quality control specialists could possibly be at risk of being charged with a criminal act, a felony, if they continue to review

applications to monitor their compliance with state law and procedure before the applications are returned to boards of election or the Secretary of State.

11. If each of the Akron circulators is required to individually return the applications he or she collects under ACORN's supervision to the board of elections or the Secretary of State, instead following my prior procedure of having me deliver the applications to the board of personally, in a bundle, on a weekly basis, it will significantly hamper our voter registration activities. The uncertainty of the new law, regulations and procedures has already significantly suppressed our voter registration and related speech and association activities.

12. It is my belief that citizens who would otherwise register through my efforts and the efforts of ACORN employees in the voter registration drive are not registering and voting because of the chilling effect that Ohio HB3, with its uncertainty and risk of felony charges, has had on me and on my employees.

13. I believe in the need to register people in the communities I serve, and would like to resume my work as an individual and as leader of the registration drive.

14. The above is true and accurate to the best of my knowledge and belief.

_____
John R.T. May

**SS:** State of Ohio
Summit County

Sworn to me and subscribed before me this 5th day of July 2006.

_____
Teresa James, Attorney at Law
My Commission has no expiration date.
O.R.C. § 147.03