# COMPENSATED REGISTRARS TRAINING MATERIALS
## FOR ANY PERSON BEING COMPENSATED FOR ASSISTING
## ANY OTHER PERSON TO REGISTER TO VOTE
### (Section 3503.29 of the Revised Code of Ohio)

## GENERAL INSTRUCTIONS

### REGISTRATION FORM AND AFFIRMATION STATEMENT

In each year that you receive or expect to receive compensation for registering any person to vote; section 3503.29(C) of the Ohio Revised Code requires that you complete all the following steps **before** registering any voter:

1. **Register online with the Secretary of State's office** (www.sos.state.oh.us);
2. **Complete the online training;**
3. **Confirm your completion of the training program by signing an affirmation statement** (affirmation statement is at the end of the online training);
4. **Return the affirmation statement to the Secretary of State's office** \* (you must return this form before you begin registering voters):

> **Ohio Secretary of State**
> **Elections Division**
> **180 E. Broad St., 15th Floor**
> **Columbus, OH 43215**

> **\* To comply with the law, you must return the signed affirmation statement to the Secretary of State's office; this statement will be scanned and posted to the Web site for public inspection. Failure to return the signed affirmation statement could lead to criminal penalties.**

### RETURNING VOTER REGISTRATION FORMS

No person who receives compensation for registering a voter shall knowingly return any registration form entrusted to that person to any location other than any board of elections or the office of the Secretary of State. R.C. 3599.11(B)(2)(b) and (C)(2) "Returning" shall include delivering a voter registration form to an Ohio county board of elections, the Ohio Secretary of State or the United States postal service. O.A.C. 111-12-02(C)

You must submit the completed voter registration form(s) not later than the 10th day after the applicant has completed the form, or before the 30th day before the election, whichever is earlier. If you receive the form on the 29th day (or later) before the election, you must submit the form within 10 days. R.C. 3599.11(C)(1)

**You must submit a single copy of the affirmation referenced in step 3, above, with each set of voter registration forms you return to a county board of elections.**

## EXEMPT PERSON

You are considered to be an exempt person for purposes of the required registration and training program, if you are a volunteer receiving no compensation or you are acting in your official capacity as any of the following:

(1) Election official;
(2) County treasurer;
(3) Deputy registrar of motor vehicles;
(4) Employee of a designated agency;
(5) Employee of a public high school;
(6) Employee of a public vocational school;
(7) Employee of a public library;
(8) Employee of the office of a county treasurer;
(9) Employee of the bureau of motor vehicles;
(10) Employee of a deputy registrar of motor vehicles;
(11) Employee of an election official

# TRAINING TOPICS

## VOTER REGISTRATION ELIGIBILITY

A person is qualified to register to vote in Ohio if the person meets all the following requirements:

1. A citizen of the United States.
2. Will be at least 18 years old on or before the day of the general election.
3. Will be a resident of Ohio for at least 30 days immediately before the election in which the person wants to vote.
4. Is not incarcerated (in prison) for a felony conviction under the laws of this state, another state or the United States.
5. Has not been declared incompetent for voting purposes by a probate court.
6. Has not been permanently disfranchised for violations of the election laws.

## SUBMISSION DEADLINE OF COMPLETED FORM

The properly completed registration form must be submitted not later than the 10th day after the person has completed the form, or before the 30th day before the election, whichever is earlier. R.C. 3599.11(C)(1) No person who receives compensation for registering a voter shall knowingly return any registration form entrusted to that person to any location other than any board of elections or the office of the Secretary of State. R.C. 3599.11(B)(2)(b) and (C)(2) "Returning" shall include delivering a voter registration form to an Ohio county board of elections, the Ohio Secretary of State or the United States postal service. O.A.C. 111-12-02(C) With each form or set of forms returned at one time, you must submit a completed copy of the affirmation statement located at the end of this training document. R.C. 3503.29(D)

## VOTER REGISTRATION VIOLATION PENALTIES

Knowingly aiding or abetting any person to register in violation of law: 5th degree felony; R.C. 3599.11(A).

Knowingly destroying, or helping to destroy, any completed voter registration form: 5th degree felony; R.C. 3599.11(B)(1).

Failing to timely return any voter registration form entrusted to you to a board of elections or the Secretary of State: 5th degree felony or 1st degree misdemeanor; R.C. 3599.11(C)(1).

Knowingly returning any voter registration form entrusted to you to any location other than a board of elections or the secretary of state: 5th degree felony or 1st degree misdemeanor; R.C. 3599.11(C)(2).

Receiving improper compensation: 5th degree felony; R.C. 3599.11(C) and (E)(2).

## VOTER REGISTRATION FORM

## INSTRUCTIONS FOR FILLING OUT THE VOTER REGISTRATION FORM

The person may fill out the voter registration card, or at the person's request, you may fill out the form for them. The form should be filled out using a black or dark blue pen to ensure the information is readable when scanned by the county board of elections. The form may be used for a new registration or to update a person's current voter registration.

Questions 1 and 2 must be answered. If the person answers no to either question, the person may not complete the form.

Box 4 must be the person's residence street address. The person may not list a P.O. Box or a mail service address. If the person has a mailing address, that address may be listed in Box 7.

Birth date must be provided. If a person has a valid Ohio driver's license, the person must enter the 2 letter, 6 digit number in Box 10. If the person does not have a driver's license, the person must enter the last four digits of his/her social security number. If the person has neither an Ohio driver's license nor a social security number, the person should enter "None."

In addition to the other information requested, Line 12 must be filled in if the person has moved and needs to update his/her current registration record. On this line the person enters the last address on file with the person's county board of elections.

Line 13 must be filled if the person has changed his/her legal name and needs to update the person's current registration record.

## SIGNATURE – LINE 14

**The registration cannot be processed without the person's signature.** The completed legal signature or mark should not touch surrounding lines of type. If the signature is a mark, include a name and address of the person who witnessed the mark beneath the signature line, effective June 1, 2006. If by reason of disability the person is unable to physically sign, the attorney-in-fact that the person has appointed pursuant to R.C. 351.382, may sign this form on the person's behalf at the person's direction and in his/her presence.

## LINE 15

You must print the name of the person, group, organization, office or entity employing you as a person who is being compensated for providing, assisting or returning this form. You must sign, date and provide your voter residence address, or if not registered, your primary residence address. This should be the same address you were required to submit for your initial registration as a compensated registrar. R.C. 3503.14(A)

## NOTICE AND ID REQUIREMENTS

Inform the person they will receive a notice from the appropriate county board of elections within 20 days of receipt of the person's registration form. The notice will include the name of the person's precinct, polling location and identification requirements for voting. The ID requirements are:

### NOTICE TO ALL VOTERS
R.C. 3503.28(A)(1)(6)

**Voters must bring identification to the polls in order to verify identity. Identification may include a current and valid photo identification, a military identification that shows the voter's name and current address, or a copy of a current utility bill, bank statement, government check, paycheck, or other government document, other than this reminder or a voter registration notification, that shows the voter's name and current address. Voters who do not provide one of these documents will still be able to vote by providing the last four digits of the voter's social security number and by casting a provisional ballot. Voters who do not have any of the above forms of identification, including a social security number, will still be able to vote by signing an affirmation swearing to the voter's identity under penalty of election falsification and by casting a provisional ballot.**

### AFFIRMATION STATEMENT

By assuming responsibility for registering voters, you must be familiar with related Ohio laws. Studying these laws is important so that you may relate accurate and appropriate information to Ohio's voters. By signing your affirmation statement, you agree that you have completed the online training session on the Secretary of State's Web site AND will follow these laws.

You must print out and sign the affirmation statement at the end of the online training and return the completed signed statement to the Secretary of State – Elections Division, 180 E. Broad St., 15th Floor, Columbus, Ohio, 43215.

**WHOEVER COMMITS ELECTION FALSIFICATION IS GUILTY OF A FELONY OF THE FIFTH DEGREE.**
