## AFFIRMATION OF PERSON WHO WILL RECEIVE, OR EXPECTS TO RECEIVE, COMPENSATION FOR ASSISTING ANY OTHER PERSON TO REGISTER TO VOTE
Section 3503.29 of the Revised Code of Ohio

Please print clearly or type:

I, _____ , *declare under penalty of election falsification*
            full name
*that my permanent address is* _____ , _____ ,
                            street address                     city or village
_____  _____ . *My date of birth is* _____ .
    state            zip code                        month/day/year

    I have registered with the Ohio Secretary of State's office in accordance with Ohio Revised Code section 3503.29(C)(1), and have completed that office's online training program required by Ohio Revised Code section 3503.29(C)(2), as a person who will receive, or expects to receive, compensation this year for providing, assisting in completing, or returning any voter registration form to or on behalf of another person.

    I expect to receive compensation for registering voters this year in the following counties:
- ☐ All 88 counties
- ☐ Selected counties:

    I further declare that I will follow all applicable laws of Ohio while registering voters in this state. I will return any properly completed registration form in the time prescribed by law to a county board of elections or the secretary of state's office, and not to any other person, group, organization or entity.

    I acknowledge that I must submit a single copy of this affirmation with each set of voter registration forms entrusted to me that I return one time to any county board of elections or the office of the secretary of state.

_____          _____
Signature of Registrant                              Date Signed

**WHOEVER COMMITS ELECTION FALSIFICATION IS GUILTY OF
A FELONY OF THE FIFTH DEGREE**

**Before registering any elector, you must file your completed original affirmation with:
Ohio Secretary of State – Elections Division, 180 E. Broad Street, 15th floor, Columbus OH 43215**

## REGISTRATION FORM FOR
## ANY PERSON WHO WILL RECEIVE, OR EXPECTS TO RECEIVE,
## COMPENSATION FOR ASSISTING ANY OTHER PERSON TO REGISTER TO VOTE
Section 3503.29 of the Revised Code of Ohio

Please print clearly or type (* Indicates a required field):

* Name _____

* Permanent address _____

* Date of birth _____

Phone number _____

E-mail address _____

Name and address of person, group, organization, office or entity providing compensation

_____

_____

_____

* Counties in which you will register voters:
  ☐ All 88 counties
  ☐ Selected counties:

_____  _____  _____

_____  _____  _____

_____  _____  _____

_____  _____  _____

_____  _____  _____

_____        _____
Signature of Registrant                         Date Signed

**WHOEVER COMMITS ELECTION FALSIFICATION IS GUILTY OF
A FELONY OF THE FIFTH DEGREE**

**Before registering any elector, you must file your completed original registration with:
Ohio Secretary of State – Elections Division, 180 E. Broad Street, 15th floor, Columbus OH 43215**