UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

|  |  |
|---|---|
| PROJECT VOTE, ASSOCIATION OF COMMUNITY ORGANIZATIONS FOR REFORM NOW, COMMON CAUSE OHIO, PEOPLE FOR THE AMERICAN WAY FOUNDATION, COMMUNITY OF FAITH ASSEMBLIES CHURCH, AMERICAN ASSOCIATION OF PEOPLE WITH DISABILITIES, MARY KEITH, JOHN R. T. MAY, and LINDA SCAMMICCA, | CIVIL ACTION NO. 1:06-cv-01628 Judge Kathleen M. O'Malley Magistrate Judge Perelman |
| Plaintiffs, |  |
| v. |  |
| J. KENNETH BLACKWELL, individually and in his official capacity as Secretary of State, WILLIAM D. MASON, as Prosecuting Attorney for **Cuyahoga** County, Ohio, and SHERRI BEVAN WALSH, as Prosecuting Attorney for **Summit** County, Ohio, |  |
| Defendants. |  |

**MOTION OF PLAINTIFFS FOR PARTIAL
SUMMARY JUDGMENT**

Plaintiffs, through undersigned counsel, move this Court for partial summary judgment pursuant to Fed. R. Civ. Proc. 56 on Counts I, II, III, VI, VII, and VIII of the Complaint.

A Memorandum in Support is submitted herewith.

-2-

Respectfully submitted,

/s/ DONALD J. McTIGUE

_____
Donald J. McTigue (OH 0022849)
*Trial Counsel*
Mark A. McGinnis (OH 0076275)
MCTIGUE LAW GROUP
550 East Walnut Street
Columbus, OH 43215
Tel: (614) 263-7000
Fax: (614) 263-7078
mctiguelaw@rrohio.com

*Counsel for Plaintiffs*

## MEMORANDUM IN SUPPORT

Plaintiffs, including organizations engaged in voter registration activities, individuals employed by or volunteering with those organizations to assist Ohio citizens to register to vote, and individuals registering to vote with the assistance of those organizations, filed their Complaint on July 6, 2006, and Application for Preliminary Injunction on July 13, 2006, alleging that portions of Ohio Rev. Code §§ 3503.14, 3503.19, 3503.28, 3503.29, and 3599.11, enacted by Amended Substitute House Bill No. 3 of the 126th General Assembly of the Ohio legislature ("H.B. 3"), as well as the Secretary of State's regulations and administrative practices enforcing those provisions, violated their rights under the First and Fourteenth Amendments to the United States Constitution and federal statutory law by restricting their ability to conduct voter registration drives in the state.  All parties filed substantial evidentiary materials and a hearing was held on September 1, 2006, to consider Plaintiffs' Application.  The Court granted Plaintiffs' Application from the bench and, on September 8, 2006, entered a written Memorandum and Order Granting Plaintiffs' Application for a Preliminary Injunction, enjoining enforcement of all of the challenged portions of the new law, regulations, and administrative practices and finding that Plaintiffs were likely to succeed on the merits of their claims that those provisions violated the Constitution or the National Voter Registration Act of 1993.

Plaintiffs now seek summary judgment on their claims relative to (i) the Pre-Registration, Affirmation, and Training requirements of O.R.C. §§ 3503.28 and 3503.29, (ii) the Direct Return requirement of O.R.C. §§ 3503.19 and 3599.11, and (iii) the Compelled Disclosure requirement of O.R.C. § 3503.14, including the threat of criminal prosecutions for failing to undertake any of the acts required by these provisions, as articulated in Counts I, II, III, VI, VII, and VIII of the Complaint.  Specifically, Plaintiffs respectfully request that the Court (1) declare that the challenged provisions of Ohio law, regulations, and administrative practice violate the U.S. Constitution and federal statutory law and (2) permanently enjoin

the Defendants and their officers, agents, servants, employees, and attorneys, and those persons in active concert or participation with them, from enforcing those provisions of the Ohio Revised Code that require individuals assisting applicants to register to vote (i) to comply with the pre-registration, training and affirmation requirements of Ohio Rev. Code §§ 3503.28 and 3503.29; (ii) to return completed forms directly to any board of elections or the office of the Secretary of State, rather than entrusting those forms to a third party for delivery to the appropriate government offices, pursuant to Ohio Rev. Code §§ 3503.19(B)(2)(c) and 3599.11(B)(2)(b) & (C)(2); and (iii) to provide their name, signature, address, and employer on the voter registration form of each individual they assist, pursuant to  Ohio Rev. Code § 3503.14(A) (from "The registration form shall . . . through "the applicant") and § 3503.14 subsections (B), (D) & (E).  Plaintiffs further request that all administrative regulations and practices enforcing or interpreting these provisions or otherwise imposing the requirements described above also be enjoined.

In support of their Motion, Plaintiffs hereby incorporate and adopt their Memorandum in Support of Application for Preliminary Injunction and their evidence filed in support thereof.

Respectfully submitted,

/s/ Donald J. McTigue

_____
Donald J. McTigue (OH 0022849)
*Trial Counsel*
Mark A. McGinnis (OH 0076275)
MCTIGUE LAW GROUP
886 North High Street
Columbus, OH 43214
Tel: (614) 263-7000
Fax: (614) 263-7078
mctiguelaw@rrohio.com

*Counsel for Plaintiffs*

Karl J. Sandstrom*
Ezra W. Reese*
PERKINS COIE LLP
607 14th Street NW
Suite 800
Washington, DC 20005
Tel: (202) 628-6600
Fax: (202) 434-1690
KSandstrom@perkinscoie.com

*Counsel for Association of Community
Organizations for Reform Now, Project Vote,
Common Cause and American Association of
People with Disabilities*


David Becker
Devin Willis*
PEOPLE FOR THE AMERICAN WAY FOUNDATION
2000 M Street N.W. #400
Washington, D.C. 20036
Tel: (202) 467-4999
dbecker@pfaw.org

*Counsel for People For the American Way
Foundation & Community of Faith Assemblies
Church*


Brian Mellor (MA 43072)*
1486 Dorchester Avenue
Dorchester, Ma, 02122
TEL: (617) 282-3666
FAX: (617) 436-4878
ELECTIONSCOUNSEL1@PROJECTVOTE.ORG

*Counsel for Project Vote*


Wendy R. Weiser*
Renée Paradis
BRENNAN CENTER FOR JUSTICE AT NYU
SCHOOL OF LAW
161 Avenue of the Americas, 12th Fl.
New York, NY 10013

-3-

Tel: (212) 998-6130
Fax: (212) 995-4550
Wendy.weiser@nyu.edu

*Of Counsel*

*\* Admitted Pro Hac Vice*

## CERTIFICATE OF SERVICE

This is to certify that a copy of the foregoing was electronically filed this 13th day of July, 2007.  Notice of this filing will be sent to all parties by operation of the Court's electronic filing system.  Parties may access this through the Court's system.

/s/ Donald J. McTigue

_____
Donald J. McTigue, Attorney at Law

-4-